IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

| | |
|---|---|
| WILKES & MCHUGH, P.A., )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>CAROLINA CASUALTY INSURANCE )<br>COMPANY, )<br>)<br>**Defendant.** ) | Civil Action No. 2:10-cv-02824-JPM-cgc<br>**Jury Demanded** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)

COMES NOW the Plaintiff, Wilkes & McHugh, P.A., and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby provides notice that Plaintiff voluntarily dismisses her claims against the Defendant in this matter without prejudice to re-filing of same.

Respectfully submitted,

By: /s/ Carey L. Acerra
Carey L. Acerra, Esq. (TN BPR #23464)
WILKES & McHUGH, P.A.
60 South Main St., Suite 101
Memphis, Tennessee 38103
(office) 901-322-4232
(facsimile) 901-322-4231
(email) cacerra@wilkesmchugh.com

*Attorneys for Plaintiff*