IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| WILKES & MCHUGH, P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:10-cv-02824-JPM-cgc |
| | ) |
| CAROLINA CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Notice of Voluntary Dismissal (D.E. 7), filed February 9, 2011,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Order of Dismissal (D.E. 8), all claims by Plaintiff against Defendant are DISMISSED without prejudice.

**IT IS SO ORDERED,** this 9th day of February, 2011.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE